

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR0916-GT |
|---|---|
| Plaintiff, | ) I N F O R M A T I O N<br>) **(Superseding)** |
| v. | ) Title 8, U.S.C., Sec. 1325 -<br>) Illegal Entry (Misdemeanor); |
| RICARDO GUZMAN-OVARES, | ) Title 8, U.S.C., Sec. 1325 -<br>) Illegal Entry (Felony); |
| Defendant. | ) Title 8, U.S.C., Sec. 1325 -<br>) Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about December 20, 2003, within the Southern District of California, defendant RICARDO GUZMAN-OVARES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

WMC:mg:San Diego
5/27/08

## Count 2

On or about February 22, 2008, within the Southern District of California, defendant RICARDO GUZMAN-OVARES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

## Count 3

On or about February 23, 2008, within the Southern District of California, defendant RICARDO GUZMAN-OVARES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 5-28-08.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney